# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 21, 2023

Mr. John C. Camillus
Meyer Wilson
305 W. Nationwide Boulevard
Columbus, OH 43215

Mr. James Armand King
Porter, Wright, Morris & Arthur
41 S. High Street
Suite 2800-3200
Columbus, OH 43215

Mr. Daniel R. Mordarski
Law Offices
5 E. Long Street
Suite 1100
Columbus, OH 43215

Re: Case No. 23-3349, *Robert Reese, et al v. Nicholas Akins, et al*
Originating Case No. : 2:21-cv-01611 : 2:21-cv-00163

Dear Counsel,

  This appeal has been docketed as case number **23-3349** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 5, 2023**. Additionally, the transcript order must be

completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  | Appearance of Counsel |
| --- | --- |
| Appellant: | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

|  | Appearance of Counsel |
| --- | --- |
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Jennifer A. Strobel
Case Manager
Direct Dial No. 513-564-7019

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-3349

ROBERT L. REESE, Derivatively and on behalf of American Electric Power Company Inc.

    Plaintiff - Appellant

DAVID SPEISER

    Proposed Intervenor - Appellant

v.

NICHOLAS K. AKINS; BRIAN X. TIERNEY; THOMAS E. HOAGLIN; DAVID J. ANDERSON; RALPH D. CROSBY, JR.; ART A. GARCIA; LINDA A. GOODSPEED; SANDRA BEACH LIN; MARGARET M. MCCARTHY; RICHARD C. NOTEBAERT; LIONEL L. NOWELL, III; STEPHEN S. RASMUSSEN; OLIVER G. RICHARD, III; SARA MARTINEZ TUCKER; AMERICAN ELECTRIC POWER COMPANY, INC., Nominal Defendant; J. BARNIE BEASLEY

    Defendants - Appellees