**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 09, 2024

Ms. Nicole Allen
Jenner & Block
353 N. Clark Street
Chicago, IL 60654

Mr. John C. Camillus
Law Offices
P.O. Box 141410
Columbus, OH 43214

Mr. Gabriel Gillett
Jenner & Block
353 N. Clark Street
Chicago, IL 60654

Mr. James Armand King
Porter, Wright, Morris & Arthur
41 S. High Street
Suite 2800-3200
Columbus, OH 43215

Mr. J. Kevin McCall
Jenner & Block
353 N. Clark Street
Chicago, IL 60654

Re: Case No. 23-3349, *Robert Reese, et al v. Nicholas Akins, et al*
Originating Case No. : 2:21-cv-01611 : 2:21-cv-00163

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Connie A. Weiskittel
                Mediation Administrator

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 23-3349

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ROBERT L. REESE, Derivatively and on behalf of American Electric Power Company Inc.

      Plaintiff - Appellant

v.

NICHOLAS K. AKINS; BRIAN X. TIERNEY; THOMAS E. HOAGLIN; DAVID J. ANDERSON; RALPH D. CROSBY, JR.; ART A. GARCIA; LINDA A. GOODSPEED; SANDRA BEACH LIN; MARGARET M. MCCARTHY; RICHARD C. NOTEBAERT; LIONEL L. NOWELL, III; STEPHEN S. RASMUSSEN; OLIVER G. RICHARD, III; SARA MARTINEZ TUCKER; AMERICAN ELECTRIC POWER COMPANY, INC., Nominal Defendant; J. BARNIE BEASLEY

      Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                      **ENTERED PURSUANT TO RULE 33, RULES OF THE SIXTH CIRCUIT**
                                      Kelly L. Stephens, Clerk

Issued: October 09, 2024